# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOLDEN EMPIRE MORTGAGE, INC., dba GEM CAPITAL FUNDING <br><br> Defendant. | CASE NO. 1:09–CV–01018–LJO–GSA <br><br> ORDER ON STIPULATED PROTECTIVE ORDER |

Based on the stipulation of the parties, the Stipulated Protective Order (Docket Entry No. 19) is hereby approved and adopted by the Court.

IT IS SO ORDERED.

Dated:  November 16, 2009

/s/ Gary S. Austin
Honorable Gary S. Austin
United States Magistrate Judge