# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN EMPIRE MORTGAGE, INC., dba GEM CAPITAL FUNDING<br><br>Defendant. | CASE NO. 1:09–CV–01018–LJO–GSA<br><br>ORDER ON STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT |

Based on the stipulation of the parties, filed with this Court on December 14, 2009 (Doc. 23), Plaintiff is hereby granted leave to file its First Amended Complaint. The First Amended Complaint is deemed served upon Defendant as of the date of this Order.

//

//

Reilly Pozner LLP
Denver-Los Angeles

1

**[PROPOSED] ORDER ON MOTION FOR FILING FIRST AMENDED COMPLAINT**

375388

Pursuant to the agreement of the parties, Defendant shall have twenty (20) days from the date of this Order to file its responsive pleading thereto.

The Clerk is directed to file the First Amended Complaint attached as an exhibit to the parties' stipulation.

**IT IS SO ORDERED**.

Dated: December 17, 2009

                                                                                             /s/ Gary S. Austin
Honorable Gary S. Austin
United States Magistrate Judge

**PLAINTIFF'S INITIAL DISCLOSURES**