# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOLDEN EMPIRE MORTGAGE, INC., dba GEM CAPITAL FUNDING <br><br> Defendant. | CASE NO. 1:09–CV–01018–LJO–JLT <br><br> **FURTHER REVISED JOINT SCHEDULING REPORT AND [PROPOSED] ORDER** <br><br> Magistrate Judge: Hon. Jennifer L. Thurston |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16-240, Plaintiff Lehman Brothers Holdings, Inc. ("LBHI") and Defendant Golden Empire Mortgage, Inc. ("Golden Empire"), respectfully submit a Further Revised Joint Scheduling and Rule 26(f) Report. Counsel for the Parties conducted their Rule 26(f) conference on October 16, 2009. LBHI was represented by Mark T. Bailey. Golden Empire was represented by Mia S. Blackler.

Since that time, the parties have engaged in written discovery and have scheduled a mediation on April 28, 2010 before the Honorable Diane Wayne (Ret.). To that end, in order to minimize resources, the parties submit a further revised report as to their discovery plan and motion deadlines (Sections 7 and 9 in their prior scheduling report). Although the parties request a brief continuance of the pretrial conference to accommodate the need for continued deadlines in light of the pending mediation, they do not request any change to the trial date already set in the Court's calendar.

**7. DISCOVERY PLAN**

(a) <u>Initial Disclosures</u>: December 23, 2009

(b) <u>Non-expert discovery cutoff</u>: May 28, 2010 (previously March 19, 2010)

(c) <u>Expert witness disclosures</u>: June 15, 2010 (previously April 2, 2010)

(d) <u>Expert discovery cutoff</u>: July 6, 2010 (previously May 21, 2010)

(e) *Proposed changes to limits to discovery.* Limitations shall be consistent with the presumptive limitations set forth in the Federal Rules of Civil Procedure and applicable Local Rules. However, the parties propose that each side be limited to five depositions, but that the Parties may make application to the Court on good cause with a legitimate need for further depositions.

(f) *Protective Order*: A Stipulated Protective Order has been filed in this action.

(g) *Timing, sequencing, phasing of discovery*.

The parties have agreed that Rule 26(a)(1) disclosures will be exchanged by December 23, 2009. The parties agree that Requests for Production and Interrogatories, or other forms of discovery, may be served starting on December 30, 2009.

(h) *Depositions.*

The parties anticipate that depositions may be video and/or sound recorded.

## 9. MOTIONS AND TRIAL SCHEDULE

The parties recommend that the Court set the following schedule:

(a) <u>Filing of Non-dispositive motions</u>: May 14, 2010 (previously April 9, 2010)

(b) <u>Filing of dispositive motions</u>: July 16, 2010 (previously June 2, 2010)

(c) <u>Pre-trial conference</u>: August 30, 2010 (currently set for August 12, 2010)

(d) <u>Trial</u>: September 27, 2010

DATED: March __, 2010          REILLY POZNER LLP

_____/s/Marisa Hudson-Arney_____
MARISA HUDSON-ARNEY
MICHAEL A. ROLLIN

Attorneys for Plaintiff Lehman Brothers Holdings, Inc.

and

BUCHALTER NEMER PC

_____/s/Mia S. Blackler_____
MIA S. BLACKLER
Attorneys for Defendant Golden Empire Mortgage, Inc.

## ORDER

IT IS HEREBY ORDERED THAT the Parties' proposed revisions to the discovery plan and motion deadlines are hereby APPROVED with the following modifications:

Filing of dispositive motions:           July 2, 2010

Dispositive motions hearing deadline:    August 13, 2010

IT IS FURTHER ORDERED THAT THE pretrial conference is continued to August 26, 2010, at 8:30 a.m. in Dept. 4.

1      No further modifications to the Scheduling Order will be approved without a
showing of Good Cause even in instances where the parties stipulate to the proposed
modification.

IT IS SO ORDERED.

    Dated: **March 17, 2010**           **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE