UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., <br><br>                    Plaintiff, <br><br>       vs. <br><br> GOLDEN EMPIRE MORTGAGE, INC., <br><br>                    Defendant. <br> _____/ | CASE NO. CV F 09-1018 LJO JLT <br><br> **ORDER AFTER SETTLEMENT** <br> (Doc. 41.) |

The parties' counsel filed a notice that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than October 4, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the August 27, 2010 pretrial conference and September 27, 2010 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:    August 18, 2010**                    **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE