# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., | CASE NO. CV F 09-1018 LJO JLT |
| Plaintiff, | **ORDER ON MOTION TO EXTEND DISMISSAL DEADLINE** (Doc. 44.) |
| vs. | |
| GOLDEN EMPIRE MORTGAGE, INC., | |
| Defendant. / | |

The parties seek an extension of the October 4, 2010 deadline to dismiss this action due to inability to complete settlement. Accordingly, this Court ORDERS the parties, no later than November 4, 2010, to file either: (a) a status report to provide developments to complete settlement and an expected date to file papers to dismiss this action; or (b) a stipulation to dismiss this action in its entirety and which reserves this Court's jurisdiction to enforce settlement.

IT IS SO ORDERED.

**Dated:   October 5, 2010**          /s/ Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE

1