# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOLDEN EMPIRE MORTGAGE, INC., dba GEM CAPITAL FUNDING <br><br> Defendant. | CASE NO. 1:09–CV–01018–LJO–JLT <br><br> **ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation for Dismissal with Prejudice filed by the parties, this case is hereby dismissed with prejudice. Each party is to pay its own fees and costs.

It is so ordered.

DATED: December 3, 2010_

/s/ Lawrence J. O'Neill____
United States District Judge

---

**(PROPOSED) ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**
484670